George Haines, Esq.
HAINES & KRIEGER, LLC
5041 N. Rainbow Blvd
Las Vegas, NV 89130
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re: ) Case No. BKS-12-16655
) Ch.7
)
Alan Torosyan & Paulette Vartan, )
)
Debtor(s). )
)

**CHANGE OF ADDRESS OF:**
(X) DEBTOR
( ) CREDITOR
( ) OTHER

I REQUEST THAT FUTURE NOTICES BE SENT TO:

<u>Alan Torosyan & Paulette Vartan</u>
Name

<u>1745 Holly Drive #201</u>
Street Address

<u>Glendale, CA 91206</u>
City, State Zip

SIGNATURE: /s/ [signature]    DATED: 4/17/13

SIGNATURE: _____    DATED: _____

- 1 -